# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE PAREDES, et al., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00326-RCJ-NJK |
| vs. | ) ORDER |
| B&R PROPERTY MANAGEMENT, INC., et al., | ) |
| Defendant(s). | ) |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 11. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend any deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See id.* at 3-4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no

---

[1] This includes: Christian James Gabroy, Jeffrey Scott Gronich, Anthony L. Hall, Deanna Brinkerhoff, and Philip J. Dabney.

later than March 17, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: March 10, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge