Philip J. Dabney, Esq.
Nevada Bar No. 3391
Anthony L. Hall, Esq.
Nevada Bar No. 5977
Deanna C. Brinkerhoff, Esq.
Nevada Bar No. 11066
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
pjdabney@holland.com
ahall@hollandhart.com
dbrinkerhoff@hollandhart.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE PAREDES, an Individual; and JOSE SOLANO, and Individual,<br><br>Plaintiffs,<br><br>v.<br><br>B & R PROPERTY MANAGEMENT, INC.; PALISADES 6300 WEST LAKE MEAD, LLC d/b/a PORTOFINA VILLAS; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | CASE NO.: 2:14-cv-00326-RCJ-NJK<br><br>**REQUEST TO VACATE ENE SESSION** |

Defendants B & R Property Management, Inc. ("B & R") and Palisades 6300 West Lake Mead, LLC d/b/a Portofino Villas, incorrectly named in the Complaint as Palisades 6300 West Lake Mead, LLC d/b/a Portofina Villas ("Portofino") (collectively, "Defendants") hereby request to vacate the ENE session that is currently scheduled to take place on May 29, 2014 at 1:30 p.m.

/ / /

/ / /

/ / /

The reason for the request is that the parties have reached a resolution of the matter and will be filing a Stipulation to Dismiss with Prejudice. Plaintiffs' counsel has been notified that Defendants are filing this request and has expressed his agreement with the request.

DATED April 29, 2014.

_____
Philip J. Dabney, Esq.
Anthony L. Hall, Esq.
Deanna C. Brinkerhoff, Esq.
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

### CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 29th day of April, 2014, I served a true and correct copy of the foregoing **REQUEST TO VACATE ENE SESSION** by electronic transmission to the parties on electronic file and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Christian Gabroy, Esq.
Gabroy Law Offices
170 S. Green Valley Pkwy, Suite 280
Henderson, Nevada 89012
*Attorney for Plaintiffs*

_____
An Employee of Holland & Hart LLP

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** counsel shall have until <u>June 2, 2014</u>, to file the stipulation for dismissal or a joint status report indicating when the stipulation will be filed.

Dated this 8th day of May, 2014.

_____
Peggy A. Leen
United States Magistrate Judge